# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *
**ELIZABETH LEE HOWARD,**

     **Plaintiff,**

     **v.**

**UNITED STATES,**

     **Defendant.**

* * * * * * * * * * * * * * * * * *

No. 18-1426T
Filed: June 3, 2019

## O R D E R

The court is in receipt of the plaintiff's May 31, 2019 notice of voluntary dismissal of the above captioned case. Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2018), this court **ORDERS** that this case be **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

                                                  s/Marian Blank Horn
                                                **MARIAN BLANK HORN**
                                                        **Judge**